IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
COUNTY CIVIL DIVISION

**CHRISTOPHER MANIACI,**

                Plaintiff,

**vs.**

       CASE NO. **2013 00303**

**MERCANTILE ADJUSTMENT
BUREAU, LLC (a New York limited
liability company),**

                Defendant.

_____/

## COMPLAINT
## JURY DEMAND

### INTRODUCTION

1.    Plaintiff alleges that Defendant left deceptive, abusive messages for Plaintiff in which Defendant failed to identify itself or that it was a debt collector in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and that Defendant used an automatic telephone dialing system to place numerous calls to Plaintiff's cellular telephone in violation of the Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq.* ("TCPA").

2.    Defendant engages in a business plan, pattern and practice of deceptive and abusive conduct by failing to identify itself or its status as a debt collector in messages left to consumers. *See e.g.* McHugh v. Mercantile Adjustment Bureau, LLC, No. 12-62470 (S.D. Fla. Dec. 12, 2012) (complaint filed alleging that defendant left messages failing to identify itself as a debt collector); Mansfield v. Mercantile Adjustment Bureau, LLC, No. 11-02580 (D. Ariz. Dec. 28, 2011) (complaint filed alleging that defendant left message failing to disclose its name or status as a debt collector).

## JURISDICTION AND VENUE

3.     This is an action that exceeds Five Thousand Dollars ($5,000.00) but does not exceed Fifteen Thousand Dollars ($15,000.00) exclusive of interest, costs, and attorney's fees.

4.     This Court has jurisdiction pursuant to 15 U.S.C. § 1692k , and  47 U.S.C. § 227(b)(3).   *See* Mims v. Aarow Financial Services, LLC, No. 10-1195, 2012 U.S. LEXIS 906, 2012 WL 125429 (Jan. 18, 2012).  Venue in this county is proper because Plaintiff resides here and Defendant placed telephone calls into this county.

## PARTIES

5.     Plaintiff, Christopher Maniaci is a natural person and a citizen of the State of Florida, residing in Hillsborough County.

6.     Defendant, Mercantile Adjustment Bureau, LLC is a foreign limited liability company organized and existing under the laws of the State of New York with its principal place of business and corporate offices in Williamsville, New York.

7.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8.     Defendant regularly collects or attempts to collect debts for other parties.

9.     Defendant is a "debt collector" as that term is defined in the FDCPA.

10.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family, or household purposes.

12.     Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

January 12, 2012 at 1:08 PM
Chris Maniaci, uh it's very important you reach the office of Dwayne as soon as you get this message. I have some great news for you. Give me a call at 866-716-1544, extension 4143. Thank you."

January 25, 2012 at 8:47 AM
Chris Mans...Maniaci. It's very important you reach the office of Dwayne when you get this message. Chris I got some great news for you. Take the time to call me at 866-716-1544, my extension's 4113. Thanks have a good day.

February 9, 2012 at 8:17 AM
Good morning, message is intended for Chris Maniaci. If this is not Chris Maniaci, please disconnect this call. By continuing to listen to this message, you do acknowledge that you are Chris Maniaci. Please contact Amy, with Mercantile Adjustment Bureau in regards to a personal business matter. I can be reached until 4:30 pm eastern standard time. The number 866-839-7277, my direct extension is 3024. This is an attempt to collect a debt. Any and all information obtained will be used for that purpose.

March 14, 2012 at 9:10 AM – Pre-recorded Message
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is [undecipherable], from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

March 19, 2012 at 11:02 AM – Pre-recorded Message
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is [undecipherable], from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

March 20, 2012 at 4:26 PM – Pre-recorded Message
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is [undecipherable], from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>March 30, 2012 at 8:25 AM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is Aaron Farkas, from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>April 5, 2012 at 9:13 AM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is Aaron Farkas, from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>May 14, 2012 at 7:48 PM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is [undecipherable] Abernat. from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>May 22, 2012 at 3:45 PM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is [undecipherable] Abernat, from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This an attempt to collect a debt and any information obtained will be used for that purpose.

<u>May 23, 2012 at 8:20 AM – Pre-recorded Message</u>
This is a message for.

<u>May 31, 2012 at 4:40 PM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is [undecipherable] Abernat. from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

June 12, 2012 at 3:24 PM – Pre-recorded Message
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is [undecipherable] Abernat, from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This an attempt to collect a debt and any information obtained will be used for that purpose.

June 15, 2012 at 9:37 AM – Pre-recorded Message
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is [undecipherable] Abernat, from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

June 21, 2012 at 8:41 AM – Pre-recorded Message
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is Roxanne Santos, from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

June 22, 2012 at 10:52 AM – Pre-recorded Message
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is Roxanne Santos, from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

June 28, 2012 at 10:33 AM – Pre-recorded Message
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Chris A. Maniaci. This is Roxanne Santos, from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 1-866-839-7277. This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>July 5, 2012 at 8:37 AM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please
disconnect this call. By continuing to listen to this message, you acknowledge
that you are Chris A. Maniaci. This is Roxanne Santos, from Mercantile
Adjustment Bureau. Please contact me about an important personal business
matter at 1-866-839-7277. This is a communication from a debt collector. This is
an attempt to collect a debt and any information obtained will be used for that
purpose.

<u>July 6, 2012 at 11:10 AM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please
disconnect this call. By continuing to listen to this message, you acknowledge
that you are Chris A. Maniaci. This is Roxanne Santos, from Mercantile
Adjustment Bureau. Please contact me about an important personal business
matter at 1-866-839-7277. This is a communication from a debt collector. This is
an attempt to collect a debt and any information obtained will be used for that
purpose.

<u>July 9, 2012 at 3:31 PM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please
disconnect this call. By continuing to listen to this message, you acknowledge
that you are Chris A. Maniaci. This is Roxanne Santos, from Mercantile
Adjustment Bureau. Please contact me about an important personal business
matter at 1-866-839-7277. This is a communication from a debt collector. This is
an attempt to collect a debt and any information obtained will be used for that
purpose.

<u>July 12, 2012 at 9:00 AM – Pre-recorded Message</u>
This is a message for Chris A. Maniaci. If you are not Chris A. Maniaci, please
disconnect this call. By continuing to listen to this message, you acknowledge
that you are Chris A. Maniaci. This is Roxanne Santos, from Mercantile
Adjustment Bureau. Please contact me about an important personal business
matter at 1-866-839-7277. This is a communication from a debt collector. This is
an attempt to collect a debt and any information obtained will be used for that
purpose.

13.    The Defendant left similar or identical messages on other occasions.
(Collectively, "the telephone messages").

14.    The messages are "communications" as defined by 15 U.S.C. § 1692a(2). *See*
<u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M.D.Fla. July 14, 2006) (holding
that messages left on the debtor's answering machine were "communications" under the

FDCPA); Foti v. NCO Fin. Sys., 424 F.Supp.2d 643, 655-56 (S.D.N.Y.2006) (holding that a voice mail message is a "communication" under the FDCPA); Hosseinzadeh v. M.R.S. Assocs., Inc., 387 F.Supp.2d 1104, 1115-16 (C.D.Cal.2005) (same).

15.     Defendant failed to inform Plaintiff in certain messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

16.     Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place numerous telephone calls to Plaintiff's cellular telephone within four years of this Complaint.

17.     None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

18.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
### FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY IN VIOLATION OF THE FDCPA, 15 U.S.C. § 1692d(6)

19.     Plaintiff incorporates Paragraphs 1 through 19 above as if fully set forth herein.

20.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and purpose in the telephone messages in violation of 15 U.S.C §1692d(6).  *See* Valencia v The Affiliated Group, Inc., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008 (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (N.D.Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (C.D. Cal. 2005).

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

**COUNT II**
**FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR**
**IN VIOLATION OF THE FDCPA, 15 U.S.C. § 1692e(11)**

21. Plaintiff incorporates Paragraphs 1 through 19 above as if fully set forth herein.

22. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). *See e.g.*, Foti v. NCO Fin. Sys., 424 F. Supp. 2d 643, 646 (S.D.N.Y. 2006); Belin v. Litton Loan Servicing, 2006 U.S. Dist. LEXIS 47953 (M.D.Fla. 2006); Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (S.D.N.Y. 2006).

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

**COUNT III**
**AUTOMATED OR PRE-RECORDED CALLS TO PLAINTIFF'S CELLULAR**
**TELEPHONE IN VIOLATION OF THE TCPA, 47 U.S.C. § 227 (b)(1)(A)(iii)**

23. Plaintiff incorporates Paragraphs 1 through 19 above as if fully set forth herein.

24. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C. § 227 (b)(1)(A)(iii).

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.   Damages;

b.   A declaration that Defendant's debt collection practices violate the TCPA;

c.   A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and engaging in the complained of practices; and

d.   Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

The Consumer Rights Law Group, PLLC

James S. Giardina, Esq.
Fla. Bar No. 0942421
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
James@ConsumerRightsLawGroup.com
Service@ConsumerRightsLawGroup.com
*Counsel for Plaintiff*

## PLAINTIFF'S NOTICE OF DESIGNATION OF E-MAIL ADDRESS

Plaintiff by and through his undersigned attorney, in compliance with Florida Rule of Judicial Administration 2.516, files this Notice of Designation of E-Mail Address and designates the following e-mail address for service in this matter:

**Primary E-Mail Address:** Service@ConsumerRightsLawGroup.com

James S. Giardina, Esq.

Page 9 of 9